# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DOPPLER LABS, INC.** | |
| *Plaintiff* | Civil Action No.: |
| v. | 1:17−CV−10346−RWZ |
| **BOSE CORPORATION** | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    Bose Corporation
    c/o Mark E. Sullivan
    100 Mountain Road
    Framingham, MA 01701

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Steven M. Bauer, Proskauer Rose LLP
    One International Place
    Boston, MA 02110

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ROBERT M. FARRELL**
*CLERK OF COURT*

/s/ − Sandra Burgos
*Signature of Clerk or Deputy Clerk*

ISSUED ON 2017−03−01 16:04:55.0, Clerk USDC DMA

Case 1:17-cv-10346-RWZ   Document 5   Filed 03/01/17   Page 2 of 2

Civil Action No.: **1:17-CV-10346-RWZ**

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) ___Bose Corporation___
was received by me on (date) ___3/2/17___.

☐ I personally served the summons on the individual at (place)_____
_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____
_____, a person of suitable age and discretion who resides there,
on (date) _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual) ___Kayla Cronin___, who is designated by law to accept service of process on behalf of (name of organization) ___Bose Corporation, 100 Mountain Rd___ on (date) ___3/2/17___; or
___Framingham, ma.___

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify) :

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

___3/2/17___
Date

_____
Server's Signature

B. Keith Wheeler  Process Server
Printed name and title

2 Park Plaza, Boston ma. 02116
Server's Address

Additional information regarding attempted service, etc: