**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Doppler Labs, Inc., | |
| Plaintiff, | Civil Action No. 1:17-cv-10346 |
| v. | |
| Bose Corporation, | **JURY TRIAL DEMANDED** |
| Defendant. | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Doppler Labs, Inc. and Defendant Bose Corporation, being parties to this action, hereby jointly stipulate, through their undersigned counsel and subject to the approval of the Court, that all claims are dismissed with prejudice, with each party to bear its own costs, expenses and attorneys' fees, and waiving all rights of appeal.

Dated:  September 29, 2017

Respectfully Submitted:

| | |
|---|---|
| *s/ Steven M. Bauer* | *s/ John G. Froemming* |
| Steven M. Bauer (BBO No. 542531) | Christopher M. Morrison (BBO #651335) |
| John M. Kitchura, Jr. (BBO No. 681542) | JONES DAY |
| **PROSKAUER ROSE LLP** | 100 High Street, 21st Floor |
| One International Place | Boston, Massachusetts 02110 |
| Boston, Massachusetts 02110-2600 | Telephone:  (617) 960-3939 |
| (617) 526-9600 *telephone* | Facsimile:  (617) 449-6999 |
| (617) 526-9899 *facsimile* | cmorrison@jonesday.com |
| sbauer@proskauer.com | |
| jkitchura@proskauer.com | John G. Froemming (*pro hac vice*) |
| | Jessica D. Bradley (*pro hac vice*) |
| Alexander Kaplan (*pro hac vice*) | Allison Prevatt (*pro hac vice*) |
| **PROSKAUER ROSE LLP** | JONES DAY |
| Eleven Times Square | 51 Louisiana Avenue, N.W. |
| New York, NY 10036-8299 | Washington, D.C. 20001.2113 |
| (212) 969-3000 *telephone* | Telephone:  +1.202.879.4693 |
| (212) 969-2900 *facsimile* | Facsimile:  +1.202.626.1700 |
| akaplan@proskauer.com | jfroemming@jonesday.com |
| | jbradley@jonesday.com |
| Attorneys for Doppler Labs, Inc. | |
| | Attorneys for Bose Corporation |

       SO ORDERED, this _____ day of _____, 2017.

       _____

       United States District Judge

## **CERTIFICATE OF SERVICE**

  I, Steven M. Bauer, hereby certify that on September 29, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  A copy of the document will be served upon Defendant's counsel electronically via the CM/ECF system.

         */s/ Steven M. Bauer*

         Steven M. Bauer